# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRANDON KEITH WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-17-535-M |
| ) | |
| JACKSON COUNTY COURTHOUSE ) | |
| ALTUS OKLAHOMA, et al., ) | |
| ) | |
| Defendant. ) | |

## ORDER

On June 30, 2017, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, alleging defendants violated plaintiff's constitutional rights. The Magistrate Judge recommended that this action be dismissed for failure to state a claim upon which relief may be granted. Plaintiff was advised of his right to file an objection to the Report and Recommendation by July 21, 2017. A review of the file reveals no objection has been filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 8] issued by the Magistrate Judge on June 30, 2017; and

(2) DISMISSES plaintiff's Complaint [docket no. 1] without prejudice for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED this 13th day of September, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE